UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHERYL A. MACDUFF,

        Plaintiff,

  -v-                                 3:14-CV-00412

PEPSICO INCORPORATED,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                           OF COUNSEL:

OFFICE OF JAMES D. HARTT           JAMES D. HARTT, ESQ.
Attorneys for Plaintiff
70 Linden Oaks, 3rd Floor
Rochester, NY 14625

BOND, SCHOENECK LAW FIRM - SYRACUSE   COLIN M. LEONARD, ESQ.
Attorneys for Defendant                   KERRY W. LANGAN, ESQ.
One Lincoln Center
Syracuse, NY 13202

DAVID N. HURD
United States District Judge

## **O R D E R**

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on August 15, 2014, in Utica, New York, it is hereby

ORDERED that

1. Defendant PepsiCo's motion for summary judgment (ECF No. 10) is GRANTED; and

2. Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 15, 2014
       Utica, New York.