# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cheryl A. Macduff**
    Plaintiff

v.                    **CASE NUMBER:** 3:14-cv-412 (DNH/DEP)

**PepsiCo Incorporated**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant PepsiCo's no. [10] Motion for Summary Judgment is GRANTED, and Plaintiff's Complaint is Dismissed.

All of the above pursuant to the order of the Honorable Judge , dated the 15th day of August, 2014.

DATED: August 15, 2014

_Lawrence K. Baerman_
Clerk of Court

s/ _Michelle Coppola_

Deputy Clerk